UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

THE LCF GROUP, INC.,

                    Plaintiff,

-against-

MAZZONI CENTER d/b/a MAZZONI CENTER,
1334-48 BAINBRIDGE STREET LLC,
and RACHELLE TRITINGER,

                    Defendants.

-----------------------------------------------------------------

CASE NO.: 1:24-cv-07711-JGK

NOTICE OF WITHDRAWAL OF DEFENDANTS' NOTICE OF REMOVAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, the Defendants, MAZZONI CENTER d/b/a MAZZONI CENTER, and 1334-48 BAINBRIDGE STREET LLC, hereby reject their Notice of Removal to the Southern District of New York in the above referenced action, without prejudice.

Dated: New York, New York
October 15, 2024

                                **MARSHALL DENNEHEY, P.C.**

By: _____
Nicholas P. Chrysanthem, Esq. (NPC 4344)
Attorneys for Defendants
*Mazzoni Center and
1334-48 Bainbridge Street, LLC*
Wall Street Plaza, 88 Pine Street, 29th Floor
New York, New York 10005
Tel.: (212) 376-6400/(631) 232-6130

TO: **THE FELDMAN LAW FIRM, P.C.**
Adam J. Feldman, Esq.
*Attorneys for Plaintiff*
c/o The LCF Group, Inc.
3000 Marcus Ave, Suite 2W15
Lake Success, NY 11042
(212) 244-4422
ajf@feldmanlegal.com